A89A1776. WMH, INC. et al. v. THOMAS et al.
(405 SE2d 768)

POPE, Judge.

Our judgment in this case at 195 Ga. App. 61 (392 SE2d 539) (1990) has been affirmed in part and reversed in part by the Supreme Court on certiorari. *WMH, Inc. v. Thomas*, 260 Ga. 654 (398 SE2d 196) (1990). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed in part and reversed in part. Sognier, C. J., and Banke, P. J., concur.*

DECIDED APRIL 1, 1991.

*Brinson, Askew & Berry, Robert M. Brinson, C. King Askew, J. Anderson Davis*, for appellants.

*Butler, Wooten, Overby & Cheeley, James E. Butler, Jr.*, for appellees.

*Thomas L. Murphy*, amicus curiae.